**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 24-1610**

_____

SAMUEL T. WHATLEY, II,

        Plaintiff - Appellant,

     v.

T-MOBILE USA, INC.,

        Defendant - Appellee.

_____

Appeal from the United States District Court for the District of South Carolina, at Charleston.  Richard Mark Gergel, District Judge.  (2:23-cv-01339-RMG)

_____

Submitted:  December 19, 2024          Decided:  December 23, 2024

_____

Before KING and BERNER, Circuit Judges, and TRAXLER, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Samuel T. Whatley, II, Appellant Pro Se.  Robert W. Humphrey, II, Charleston, South Carolina, Hunter Ray Pope, WILLOUGHBY HUMPHREY & D'ANTONI P.A., Columbia, South Carolina; Mitchell Myron Willoughby, WILLOUGHBY & HOEFER, PA, Columbia, South Carolina, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Samuel T. Whatley, II, appeals the district court's order accepting the recommendation of the magistrate judge and granting T-Mobile USA, Inc.'s motion to compel arbitration in Whatley's civil action. We have reviewed the record and find no reversible error in the court's determination that the arbitration agreement was valid and covered the relevant dispute. Accordingly, we affirm the district court's order. *Whatley v. T-Mobile USA, Inc.*, No. 2:23-cv-01339-RMG (D.S.C. May 8, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*